UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

_____

**ABOLITIONIST LAW CENTER,**

    *Plaintiff*,

**v.**

**JUDGE ANTHONY M. MARIANI,**

    *Defendant*.

_____

Civil Action No. 2:21-cv-00285 CB

## RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff Abolitionist Law Center hereby voluntarily dismisses the case against Defendant Judge Anthony M. Mariani without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Respectfully submitted,

_/s/ Nicolas Y. Riley_____

| | |
|---|---|
| NICOLAS Y. RILEY (DC 1617861)* | WITOLD J. WALCZAK (PA 62976) |
| INSTITUTE FOR CONSTITUTIONAL ADVOCACY & PROTECTION | AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| GEORGETOWN UNIVERSITY LAW CENTER | P.O. Box 23058 |
| 600 New Jersey Avenue NW | Pittsburgh, PA 15222 |
| Washington, DC 20001 | Tel: 412-681-7736 x 321 |
| Tel.: 202-662-4048 | vwalczak@aclupa.org |
| Fax: 202-661-6730 | |
| nr537@georgetown.edu | |
| * Admitted *pro hac vice*. | *Counsel for Plaintiff Abolitionist Law Center* |

## CERTIFICATE OF SERVICE

I certify that on May 3, 2021, I filed the foregoing notice with the clerk via the ECF system. All counsel in the case are registered ECF users and will be served via the ECF system. All of the foregoing documents will also be available for viewing and downloading via the ECF system.

*/s/ Nicolas Y. Riley*
NICOLAS Y. RILEY
*Counsel for Plaintiff Abolitionist Law Center*
